IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Criminal Case No.: 09-po-00008-LTM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANDREW W. ROBITAILLE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE LAIRD T. MILBURN
DATED: March 09, 2010

    Sentencing Hearing set for March 16, 2010 at 9:00 a.m. is **VACATED** and rescheduled to April 12, 2010 at 1:00 p.m.